UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYAN JONATHAN PARENT,<br><br>               Plaintiff,<br>    v.<br>ISLAND COUNTY SUPERIOR COURT, et al.,<br><br>               Defendants. | No. 2:22-CV-266-JHC-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Report and Recommendation is adopted.

(2)    Plaintiff's Amended Complaint is dismissed as duplicative and for failure to state a claim. This dismissal constitutes a strike under 28 U.S.C. § 1915(g).

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 26th day of May, 2022

_____
John H. Chun
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1